IN THE UNITED STATES DISTRICT COURT

RECEIVED
2005 DEC -7 ⋮ 9:39

WOODBURCK NOE,    *
   PLAINTIFF,    *
V.    *
                              * CASE NO. 2:05CV1158-T
ALABAMA DEPT. OF CORRECTIONS;    *
COMMISSIONER DONAL CAMPBELL;    *
WARDEN ARNOLD HOLT; ASSISTANT    *
WARDEN LOUIS BOYD; CAPTAIN    *
SYLVESTER NETTLES; LIEUTENANT    *
G. BABERS; LT. W. MILLER; SGT. C.    *
SPECKS; SGT. ANTHONY JACKSON;    *
COI C.D. CULVER; COI S. BLAND,    *
   DEFENDANTS.    *

## COMPLAINT AND AFFIDAVIT

### PARTIES

WOODBURCK NOE, A.I.S: 148475, DORM 21-21, P.O. BOX 5107, UNION SPRINGS, AL. 36089-5107; BULLOCK COUNTY CORRECTIONAL FACILITY, HWY. 82 W., UNION SPRINGS, AL. 36089;

ALABAMA DEPT. OF CORRECTIONS, 1400 LLOYD ST., MONTGOMERY, AL. 36107;

COMMISSIONER DONAL CAMPBELL, ALABAMA DEPT. OF CORRECTIONS,

1400 Lloyd St., Montgomery, AL ~~36130~~ 36107;

Warden Holt, Arnold; Asst. Warden Louis Boyd; Capt. Sylvester Nettles; Lt.'s G. Babers, and W. Miller; Sgt.'s Anthony Jackson, and C. Specks; COI's C. D. Culver, and S. Bland, Bullock County Correctional Facility, P.O. Box 5107, Hwy. 82 W., Union Springs, AL. 36089-5107; c/o Alabama Dept. of Corrections, 1400 Lloyd St., Montgomery, AL. 36107

## JURISDICTION

Jurisdiction of this court is established by being a U.S. citizen who is filing, or presenting this complaint

## CLAIM

I don't know if you will receive this document due to situations at Bullock County Correctional Facility that have become extremely chaotic, and horrible, because of officials there employed as the defendants. I present this complaint, and affidavit pursuant to Amendment One of the United States Constitution affirming to submitted issues as true under penalty of perjury which I request relief for as to this cause:

## GROUND ONE

2

ON DECEMBER 2, 2005 I WAS DEPRIVED OF MY RIGHTS UNDER AMENDMENTS ONE, AND EIGHT BECAUSE THE DEFENDANTS DENIED ME ACCESS TO COURTS, OR LEGAL ENTITIES THROUGH THEIR HORRIBLE OMMISSIONS REFUSING TO PROVIDE ME STATIONERY TO PERFORM LEGAL WORK.

COI CULVER REFUSED TO GIVE ME STATIONERY OF A "LEGAL KIT" WHICH CONSISTED OF TWO ENVELOPES WITH TEN SHEETS OF PAPER WHEN I TOLD HIM INMATE JOHN MANNIFIELD, WHO WORKS AS A LAW LIBRARY CLERK, REFUSED TO LET ME HAVE SUCH, BUT WANTED TO SEE SOME LEGAL DOCUMENT FROM A COURT; MR. C. D. CULVER WAS IN THE GYM THAT TIME.

WHEN I TRIED TO TELL WARDEN ARNOLD HOLT ABOUT MY NEED FOR MATERIALS TO DO LEGAL WORK, AND WAIT FOR HIM OUTSIDE THE CLASSIFICATION AREA HE REFUSED TO HELP ME GET STATIONERY TO DO LEGAL WORK AS I REQUESTED

THE DEFENDANTS FLAGRANTLY PREVENTED ME FROM COMMUNICATING WITH OUTSIDE SOURCES, OR GOVERNMENT ENTITIES BY THEIR ATROCIOUS, AND ABJECT ACTS NEGLIGENTLY. THEIR CRIMES CAUSED ME TO SUFFER THROUGH CIRCUMSTANCES AFFECTING MY FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS. THE DEFENDANTS SEEM TO BELIEVE THEY CAN CONDUCT ANY PROCEDURE WHICH VIOLATES, AND IMPERILS INMATES SAFETY, AND WELL-BEING.

COI S. BLAND, WHO WAS STANDING IN THE HALL BY THE CLASSIFICATION AREA, TOLD ME TO GO DOWN THE HALL WHEN I TOLD HER I WAS WAITING FOR MR. HOLT.

ASST. WARDEN BOYD REFUSED TO HELP ME GET STATIONERY WHEN I

3

I TOLD HIM AFTER HE WALKED OUT OF THE CLASSIFICATION AREA. ~~AND CULVER HE SAID~~

LATER WHEN I TOLD SGT. C. SPECKS ABOUT MY LEGAL WORK SITUATION HE TOLD ME TO WAIT ON HIM, AND WENT TO DIFFERENT LOCATIONS; THEN TOOK A SMOKE BREAK. AND REFUSED TO HELP ME GET STATIONERY FROM MR. CULVER, OR ELSEWHERE.

ADDITIONALLY, MR. CULVER TOLD MR. SPECKS IN THE SHIFT COMMANDER'S OFFICE THAT HE TOLD ME TO STAY AWAY FROM HIM.

THEN MR. CULVER CALLED ME IN THE SHIFT COMMANDER'S OFFICE, AND ASKED WHAT ~~DOCUMENTS~~ PAPERS, OR DOCUMENTS I HAD; AFTERWARDS, HE SAID HE COULD GET ME SOME ENVELOPES. ~~AND~~

FURTHERMORE, HE SAID IF I WANTED TO WRITE A LAWYER, THE LAWYER COULD SEND ME ENVELOPES IF I NEEDED SUCH.

LATER, WHEN I WENT TO THE GYM WHERE HE SAID I COULD MEET, OR SEE HIM THERE MR. CULVER STILL REFUSED TO GIVE ME STATIONERY, SAYING TO GO TO THE LAW LIBRARY, AND WHEN I TOLD HIM I'D RATHER HE GO IN THERE, BECAUSE ONE OF THE INMATES WAS IN THERE WORKING WHO GAVE ME PROBLEMS TO GET STATIONERY, HE SAID WHERE WERE MY "PAPERS". MR. CULVER ALSO SAID HE WAS BUSY, AND SAID HE WOULD GIVE ME SUCH AT HIS OWN TIME, OR WHEN HE GETS READY.

THERE IS AN IRRATIONAL POLICY OF INMATE CLERKS, AND THE LAW LIBRARY THAT A PERSON MUST SHOW LEGAL WORK, OR DOCUMENTS IN ORDER TO RECEIVE MATERIALS TO ENABLE THEM TO DO LEGAL WORK.

WHEN I TOLD CAPT. SYLVESTER NETTLES ABOUT MY MATTER HE REFUSED TO LET ME HAVE STATIONERY SAYING HE GAVE ME

4

PAPER, AND 2 (TWO) ENVELOPES THE PREVIOUS DAY, AND SAID THAT WAS ENOUGH.

WHEN I TOLD LT. G. BABERS I NEEDED HER HELP TO GET STATIONERY SHE ARBITRARILY REFUSED, AND SAID TO GO AHEAD ON; TO GET AWAY FROM HER.

LATER, WHEN I WENT, AND TOLD LT. W. MILLER, WITH SGT. A. JACKSON IN THE SHIFT COMMANDER'S OFFICE ABOUT MY NEED TO GET STATIONERY, AND PROBLEMS I HAD THE CALLED MR. CULVER IN THE SHIFT COMMANDER'S OFFICE; AND WHEN MR. JACKSON ASKED HIM WHAT WAS THE MATTER ABOUT MY SITUATION, HE SAID BASICALLY IT WAS ABOUT NOTHING, AND WHEN I COMPLAINED HOW MR. CULVER TOLD ME HE COULD GET ME ENVELOPES, HE EVENTUALLY TOLD ME TO LEAVE WITH MR.'S MILLER, AND JACKSON FAILING TO ASSIST ME, OR HINDER MR. CULVER FROM DISPLAYING HOSTILE, AND BELLIGERENT DEPORTMENT.

MR. CULVER ALSO REFERRED TO LEGAL WORK I HAD AS "CRAP." LATER, MR. CULVER TOLD ME THEY, OR NOBODY WOULD MAKE HIM GIVE ME ANYTHING.

MY FREEDOM WAS AT STAKE, AND I WAS HARASSED BY BEING REFUSED MEANS TO DO LEGAL WORK, ACCOMPLISHING SUCH IN A MEANINGFUL MANNER WHICH IS WHY THIS DOCUMENT IS PRESENTED THE MANNER IT IS AS TO FORM. WITH CONTENT, BUT I ATTEMPT SUCH IN THE BEST FASHION REGARDING LIMITED, OR UNAVAILABLE RESOURCES, OR MEANS FOR INMATES TO DO LEGAL WORK.

<u>I HATE CONFINEMENT, AND DON'T WANT TO BE PART OF THE SYSTEM. I DON'T WANT CONTACT WITH OFFICIALS OR</u>

5

ENTITIES.

### GROUND TWO

ON DECEMBER 2, 2005 I WAS VIOLATED UNDER MY FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS WHEN MR. CULVER ASSAULTED ME GRABBING ME IN THE SHIFT COMMANDER'S OFFICE WHEN I JUST WAS TRYING TO GET STATIONERY TO DO LEGAL WORK.

MR. CULVER SAID, "WHAT DID I TELL YOU?" WHEN HE GRABBED IN THE OFFICE WITH MR.'S W. MILLER, AND JACKSON FAILING TO PERFORM AN ACTION TO PREVENT MR. CULVER'S CRIME, NOR DID THEY SAY ANYTHING. SUCH WAS RETALIATORY, AND BEING MR. CULVER HAS BEEN LISTED AS A DEFENDANT IN A PREVIOUS LAWSUIT.

### GROUND THREE

ON DECEMBER 2, 2005 I WAS VIOLATED UNDER MY FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS RIGHTS BY HARASSMENT OF THE REPUGNANT, VILE DEFENDANTS WHEN THEY REFUSED TO ENSURE MY RIGHT TO GAIN ACCESS TO COURT, OR ENTITIES THROUGH PROVIDING STATIONERY FOR ME TO PERFORM LEGAL WORK BASED ON THE EXPLANATIONS PROVIDED IN THIS DOCUMENT.

THE ALABAMA DEPT. OF CORRECTIONS, AND ITS COMMISSIONER HAVE CAUSED, BY NEGLECT, AND CORRUPTION, MALIGNANT, INSIDIOUS TACTICS WITH CIRCUMSTANCES BEING THEY FAILED TO MONITOR,

OR SUPERVISE THEIR SUBORDINATE OFFICIALS WHO HAVE FAILED TO SUPERVISE SUBORDINATE OFFICIALS AT BULLOCK COUNTY CORRECTIONAL FACILITY, THEREBY, CAUSING INMATES TO SUFFER WITH DANGEROUS MISTREATMENT.

I WAS ALSO HARASSED, AND AGGRAVATED WHEN MR. CULVER TOLD ME HE WOULD PUT ME IN SEGREGATION, SAYING HE WOULD "LOCK" ME "UP," AND THERE WASN'T REASON.

### CONCLUSION, AND RELIEF SOUGHT

THEREFORE, FOR THE REASONS PRESENTED WITH DESCRIPTIONS IN THIS CAUSE WITH DOCUMENT IT IS URGED THAT JUDGEMENT BE ENTERED HAVING THE DEFENDANTS PERMANENTLY TERMINATED FROM THEIR POSITIONS OF EMPLOYMENT, ME DISCHARGED, AND RELEASED FROM CONFINEMENT, ME PAID $950,000,000 FOR SHOCK, AGONY, HARASSMENT, DISTURBANCE, AND STRESS DUE TO THE FLAGRANT, BELLIGERENT, AND ATROCIOUS OFFENSES COMMITTED BY THE DEFENDANTS; THAT MEASURES BE IMPLEMENTED FOR INMATES TO BE ABLE TO OBTAIN MATERIALS WITH MEANS TO PERFORM LEGAL WORK WITHOUT INMATE CLERKS IN THE LAW LIBRARY, OR OTHER OFFICIALS READING SUCH LEGAL WORK; FOR THE INMATE CLERKS TO BE PERMANENTLY REMOVED FROM THE LAW LIBRARY TO PREVENT DIFFICULTIES, AND DISASTERS AGAINST PERSONS TRYING TO DO LEGAL WORK.

DATE: 12-5-05

RESPECTFULLY SUBMITTED,
Woodbuck Noe

7