IN THE UNITED STATES DISTRICT COURT

WOODBURCK NOE,  ✕
   PLAINTIFF,  ✕
V.  ✕  CASE NO. 2:05CV1158-T
~~STATE OF ALABAMA~~, ALABAMA  ✕
~~AND DEFENDANTS~~ DOP. OF  ✕
CORRECTIONS, et al.,  ✕
   DEFENDANTS.  ✕

RECEIVED
2005 DEC -7 A 9:38
DEBRA P. HACKETT, CLK

## MOTION FOR INDIGENCY TREATMENT, AND APPOINTMENT OF COUNSEL WITH AFFIDAVIT

COMES NOW, THE PLAINTIFF, WOODBURCK NOE, PRO SE, AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION FOR APPOINTMENT OF COUNSEL, AND INDIGENCY TREATMENT PURSUANT TO AMENDMENT ONE, AND SIX OF THE UNITED STATES CONSTITUTION BASED ON THE SUBMITTED REASONS AFFIRMED TO AS TRUE UNDER PENALTY OF PERJURY:

1. I HAVE NO MONEY, OR MEANS TO PAY FOR COURT COSTS, FEES, OR AN ATTORNEY FOR THE JUDICIAL PROCESS;

2. I CANNOT AFFORD COUNSEL BEING I AM UNEMPLOYED, AND HAVE ONLY -12¢ ON MY PRISON FUND ACCOUNT;

3. I HAVE LIMITED EXPERIENCE AS TO LAW, AND JUDICIAL PROCEDURE.

4. THE ENDS OF JUSTICE WOULD BEST BE SERVED BY THE GRANTING OF THIS MOTION;

THEREFORE, FOR THE REASONS PRESENTED IT IS <u>EARNESTLY</u> REQUESTED THAT JUDGMENT BE ENTERED FOR THE PRESENT MATTER.

DATE: 12-5-05

RESPECTFULLY SUBMITTED,

*Woodburn*

WOODBURN NOE