IN THE UNITED STATES DISTRICT COURT

WOODRUCK NOE, AIS:148425  *
   PLAINTIFF, * 
v. * CASE NO. 2:05-CV-1158-T[WO]
ALABAMA DEPT. OF CORRECTIONS, *
et al., *
   DEFENDANTS. *

## OBJECTION TO MAGISTRATE'S RECOMMENDATION, AND ORDER

COMES NOW, PLAINTIFF WOODRUCK NOE, AND AFFIRMS UNDER PENALTY OF PERJURY AS TO THE INCLUDED INFORMATION OF THIS DOCUMENT AS TRUE REGARDING THE ERRANT, AND IMPROPER ACTION OF THE MAGISTRATE ENTERED IN THIS CAUSE DECEMBER 13, 2005.

THE MAGISTRATE, AND THE COURT FAIL TO REALIZE THE GRAVITY, AND CRUCIAL NATURE OF THE CIRCUMSTANCES INVOLVED BEING I WAS RETALIATED, ASSAULTED, BESIDES BEING HARASSED AGAINST BASED ON THE EXPLANATIONS PROVIDED PREVIOUSLY.

THE MAGISTRATE'S ORDER, AND RECOMMENDATION SHOULD NOT BE ADOPTED, OR ACCEPTED BECAUSE FACTS, AND ISSUES SHOULD DEMONSTRATE THE DIRE PERIL I'M IN AS TO PHYSIOLOGICAL WELL-BEING DUE TO ATROCIOUS, FLAGRANT TACTICS WITH ROUTINES COMMITTED BY THE DEFENDANTS WHO

HAVE BEEN LISTED IN A CIVIL ACTION OTHER THAN THIS PENDING ONE BY ME.

A "THREE STRIKES" RULE WAS CITED FOR REASON JUSTIFYING DISMISSAL OF THIS COMPLAINT. A DENIAL OF APPOINTMENT OF COUNSEL WITH INDIGENCY TREATMENT WAS ALSO ADJUDGED.

HOWEVER, BASED ON THE DESCRIPTIONS CONTAINED THE CAUSE SHOULD PROCEED WITH MY BEING GRANTED INDIGENCY TREATMENT, AND APPOINTMENT OF COUNSEL.

I WAS SUBJECT TO VILE, ADVERSE TREATMENT CAUSING ATROCIOUS, GROSS, AND DEPLORABLE VIOLATIONS OF MY RIGHTS UNDER AMENDMENTS ONE, FIVE, EIGHT, WITH FOURTEEN OF THE UNITED STATES CONSTITUTION JUST BECAUSE I WAS TRYING TO OBTAIN STATIONERY WITH MEANS TO ACCOMPLISH LEGAL WORK ALONG WITH ACCESS TO COURTS, OR ENTITIES. FURTHERMORE, THE INCIDENTS OF DECEMBER 1, 2005; OR OTHER DATES SIGNIFY THE LACK OF UTTER REGARD OF THE DEFENDANTS FOR CONSTITUTIONAL REQUIREMENTS CONCERNING INMATES RIGHTS TO DO LEGAL WORK.

INVALID CLAIMS BY MAGISTRATE JUDGE CHARLES S. COODY WOULD MISLEAD THE COURT TO BELIEVE THIS CAUSE, AND ITS INVOLVED ISSUES ARE INSIGNIFICANT WITHOUT NEED OF JUDICIAL INTERVENTION, AND REVIEW SUCH AS WHEN HE STATES I WAS ABLE TO OBTAIN MATERIALS TO PERFORM LEGAL WORK ON DECEMBER 1, OR 5, 2005 TO INSINUATE MY RIGHTS WERE PROTECTED BY THE DEFENDANTS BEING I NEEDED MORE, OR ADDITIONAL MATERIALS TO DO LEGAL WORK INSTEAD OF THE

2

INADEQUATE "10 SHEETS PAPER; 2 ENVELOPES" AMOUNT WHICH FAILS TO FULFILL REQUIREMENTS OF RULES AS TO ABILITY FOR INMATES DOING LEGAL WORK. IN ADDITION, THE DEFENDANTS SEEM TO ASSUME THEY CAN CONDUCT THEMSELVES IN ANY MANNER.

CONDITIONS AT WHERE I'M AT HAVE DETERIORATED, AND WORSEN CONCERNING INMATES RIGHTS TO DO LEGAL WORK BASED ON STATEMENTS OF THIS CAUSE WHICH IS WHY IT IS IMPERATIVE, AND NECESSARY THAT THIS COURT IMPOSE A MEASURE TO RECTIFY RELATED SITUATIONS, AND RELEASE ME FROM CUSTODY OF THE ARBITRARY, INSIDIOUS, AND CORRUPT DEFENDANTS.

IF THERE IS FAILURE OF THE COURT TO DO SO AS TO THE AFOREMENTIONED INMATES, AS MYSELF WOULD NOT BE ABLE TO DO LEGAL WORK, OR COMMUNICATE WITH ENTITIES WHOS REASON THIS DOCUMENT IS SENT IN THE FASHION IT IS, AND I DON'T KNOW IF IT WOULD BE RECEIVED BY THIS HONORABLE COURT.

THEREFORE, FOR THE REASONS PRESENTED IT IS EMPHATICALLY URGED THAT THIS CAUSE PROCEED, AND THAT JUDGMENT BE GRANTED ACCORDING TO THE RELIEF SOUGHT.

DATE: 12-19-05

RESPECTFULLY SUBMITTED,

*Woodrock Noe* (signature)

WOODROCK NOE
A.I.S. 148475