IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WOODBURCK NOE,                  )
                                )
     Plaintiff,                 )
                                )
     v.                         )
                                )     CIVIL ACTION NO.
ALABAMA DEPARTMENT              )        2:05cv1158-T
OF CORRECTIONS, et al.,         )           (WO)
                                )
     Defendants.                )
                                )
```

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit claiming denial of access to the courts. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's

objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of December, 2005.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**