IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   v. | ) |
| | )   CIVIL ACTION NO. |
| ALABAMA DEPARTMENT | )     2:05cv1158-T |
| OF CORRECTIONS, et al., | )       (WO) |
| | ) |
|   Defendants. | ) |
| | ) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 5) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 3) is adopted.

(3) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of December, 2005.


                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**